# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-5410**                                                             **September Term, 2007**

06cv02096
06cv02097
07cv00084

**MANDATE**

Pursuant to the provisions of Fed. R. App.Pro.41(a)

ISSUED: _____

BY: _____, Deputy Clerk

Filed On:

ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

Tyrone Hurt,
      Appellant

v.

U.S. District Court Judges, et al.,
      Appellees

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  DEC  3 2007

CLERK

---

Consolidated with 06-5411, 07-5019

### ON APPEAL FROM THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**BEFORE:** Tacha, Chief Judge, McConnell and Gorsuch, Circuit Judges.[1]

### JUDGMENT

    These consolidated appeals were considered on the records from the United States District Court for the District of Columbia, and on the brief and other papers filed by appellant, who is proceeding pro se and in forma pauperis. After liberally construing appellant's pro se filings, see Haines v. Kerner, 404 U.S. 519, 520 (1972), it is

    **ORDERED AND ADJUDGED** that in appeal No. 06-5410 and appeal No. 06-5411, the district court's judgments, filed December 11, 2006, be affirmed. In each case, the district court correctly reasoned that the defendant-judges are absolutely immune from suit for monetary damages for actions taken in their judicial capacities, see, e.g., Forrester v. White, 484 U.S. 219, 226-27 (1988), and that the claim for monetary damages against the defendant-courts was barred by sovereign immunity because the real party in interest, the United States, had not consented to be sued for the constitutional torts alleged here, see FDIC v. Meyer, 510 U.S. 471, 475 (1994); Meyer v. Fed. Bureau of Prisons, 929 F. Supp. 10, 13 (D.D.C. 1996). Accordingly, the

---

[1]     Chief Judge Tacha, Judge McConnell, and Judge Gorsuch are judges of the United States Court of Appeals for the Tenth Circuit, sitting by designation pursuant to 28 U.S.C. § 291(a).

A True Copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk

# United States Court of Appeals
### For The District of Columbia Circuit

---

**No. 06-5410**                                 **September Term, 2007**

district court properly dismissed those actions with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(iii), which requires a court to dismiss an <u>in forma pauperis</u> case "at any time if the court determines that . . . the action . . . seeks monetary relief against a defendant who is immune from such relief." It is

**FURTHER ORDERED** that within thirty days of the date this Judgment is filed, appellant show cause why appeal No. 07-5019 should not be summarily affirmed. Failure to comply with this order will result in dismissal of appeal No. 07-5019 for failure to prosecute. <u>See</u> D.C. Cir. Rule 38. It is

**FURTHER ORDERED** that appellant's "Motion for Declaratory Judgment," treated as a motion for expedited review of these consolidated appeals, be dismissed as moot.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate in Nos. 06-5410 and 06-5411 until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

<u>**Per Curiam**</u>

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: *[signature]*
Deputy Clerk